**Louis RASSE, Appellant,**

v.

**CITY OF MARSHALL MUNICIPAL UTILITIES, BOARD OF PUBLIC WORKS, Respondent.**

**No. WD 63309.**

Missouri Court of Appeals, Western District.

June 22, 2004.

Weldon W. Perry, Jr., Lexington, MO, for appellant.

Donald G. Stouffer, Marshall, MO, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

PER CURIAM.

Louis Rasse appeals the Board of Public Works' decision affirming the City of Marshall Municipal Utilities' assessment of wastewater treatment service charges against him for sewer usage at his residence. We affirm. Rule 84.16(b).